NO. 28493

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

BEVERLY JEAN PERRY, on behalf of herself and all others similarly situated, Petitioner-Plaintiff-Appellant,

vs.

THE AES CORPORATION; AES HAWAII, INC.;  HAWAIIAN ELECTRIC COMPANY, INC.;  HAWAIIAN ELECTRIC INDUSTRIES, INC.,
Respondents-Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 06-1-2122)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner's application for writ of certiorari filed on July 15, 2010, is hereby rejected.

DATED:  Honolulu, Hawai‘i, August 26, 2010.

FOR THE COURT:

*Anna A. Nakayama*
Associate Justice

Lloyd Y. Asato for
petitioner on the
application

James Kawashima and
Brian Y. Hiyane of
Kawashima Lorusso &
Harada for respondents
HECO/HEI

Peter W. Olson of Cades
Schutte and Rick Richmond,
*pro hac vice*, for respondents
The AES Corporation and AES
Hawaii, Inc.

---

[1]Considered by:  Nakayama, Acting C.J., Acoba and Duffy, JJ., Circuit Judge Chang in place of Moon, C.J, recused, and Circuit Judge Kim, in place of Recktenwald, J., recused.